January 21, 2005

Ms. Lana S. Shadwick
Tx.Department of Protective & Regulatory Services
2525 Murworth, Suite 2A40
Houston, TX 77054

Ms. Nita C. Fanning
Law Office of Nita Fanning
P. O. Box 975
Waco, TX 76703-0975
Mr. Charles L. Levy
Law Office of Charles Levy
P.O. Box 459
Waco, TX 76703

RE: Case Number: 04-0473
 Court of Appeals Number: 10-02-00345-CV
 Trial Court Number: 2001-1889-1

Style: IN THE INTEREST OF S.A.P.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri |
| |Roessler |
| |Mr. Joe Johnson |